■ In the Matter of FERN MORRISON, Appellant, v R. LLOYD MORRISON et al., Respondents.—Order unanimously reversed on the law with costs and petition granted, in accordance with the following memorandum: Family Court erred in concluding that it could not make an award of support to a wife against a husband who is institutionalized and receiving Medicaid. Respondent husband's Social Security income is available to support his wife, the petitioner herein, in these circumstances *(Matter of Albany County Dept. of Social Servs. v Englehardt,* 124 AD2d 140, *lv denied* 69 NY2d 612; *Matter of Septuagenarian v Septuagenarian,* 126 Misc 2d 699). Since the facts have been stipulated by the parties, there is no need to remit this matter to Family Court for a hearing as to the amount of support. Thus, we award petitioner support in the sum of $484 per month from July 1986 through December 1986 and the sum of $488 per month from January 1987. (Appeal from order of Allegany County Family Court, Feeman, J.—modification of support.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.